348

Denis J. DRISCOLL and Willard L. THORP, as Trustees of Associated Gas & Electric Corporation, Debtor, Plaintiffs-Appellants, v. PUBLIC NATIONAL BANK & TRUST COMPANY OF NEW YORK, Defendant-Respondent, Impleaded with Henry D. Fitch, Sanford J. Magee, "Benjamin" B. Robinson (the name "Benjamin" being fictitious, his true first name being unknown to plaintiffs), and Daniel Starch, Defendants.

No. 110.

Circuit Court of Appeals, Second Circuit.

Nov. 22, 1943.

Ben A. Matthews, of New York City (Addison S. Pratt and M. L. Allen, both of New York City, of counsel), for appellants.

Moses & Singer, of New York City (Alfred W. Bressler, Felix A. Fishman, and Arnold A. Jaffe, all of New York City, of counsel), for appellee.

Before SWAN, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Judgment affirmed on the opinion below, 52 F.Supp. 869.

POCAHONTAS STEAMSHIP COMPANY, as Owner of THE Steamship BYLAYL, Libelant-Appellee, v. THE Steamship VACUUM, Her Engines, etc., Socony-Vacuum Oil Company, Incorporated, Claimant-Appellant.

SOCONY–VACUUM OIL COMPANY, Incorporated, as Owner of the Steamship VACUUM, Cross-Libelant-Appellant, v. THE Steamship BYLAYL, Her Engines, etc., Pocahontas Steamship Company, Cross-Claimant-Appellee.

No. 158.

Circuit Court of Appeals, Second Circuit.

Dec. 20, 1943.

Nathan W. Thompson, of Boston, Mass., and John W. Knox, of New York City, for appellant.

Bingham, Dana & Gould, of Boston, Mass., and Kirlin, Campbell, Hickox, Keating & McGrann, of New York City (Charles S. Bolster of Boston, Mass., of counsel), for appellee.

Before SWAN, AUGUSTUS N. HAND, and CLARK, Circuit Judges.

PER CURIAM.

Decree affirmed on the opinion of the District Court, 49 F.Supp. 439.